UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA GAZARD,
                Plaintiff,

-vs-                               Case No. 6:07-cv-1535-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is directed to enter judgment consistent with this opinion and, thereafter, **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___7___ day of January, 2009.

                                          G. KENDALL SHARP
                                          Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge